THOMPSON, Judge.
In this Anders appeal,[1] the special condition of probation directing payment to First Step of Volusia County, Inc. is hereby stricken. See Johnson v. State, 648 So.2d 263 (Fla. 5th DCA 1994); Sweet v. State, 644 So.2d 176 (Fla. 5th DCA 1994). In all other respects, appellant’s judgment and sentencing disposition are affirmed.
UNAUTHORIZED COSTS STRICKEN; JUDGMENT AND ORDER OF PROBATION AFFIRMED AS MODIFIED.
DAUKSCH and COBB, JJ., concur.

. See Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).